UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| DARRYL PIERCE and SHARON PIERCE on behalf of Themselves and All Other Similarly Situated, <br><br> Plaintiffs, <br><br> v. <br><br> VISTEON CORPORATION and VISTEON SYSTEMS, LLC, <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) |

CAUSE NO: 1:05-CV-01325-LJM-JMS

**DEFENDANTS' MOTION FOR PARTIAL SUMMARY JUDGMENT AS TO THE CLAIMS OF CERTAIN CLASS MEMBERS**

Defendants, Visteon Corporation and Visteon Systems, LLC (collectively, "Defendants" or "Visteon") hereby move the Court for partial summary judgment on the claims of certain class members. For each of the reasons set forth in Defendants' supporting brief, summary disposition in Defendants' favor is warranted as to the claims of those Class Members that cannot properly maintain their participation in the Class because they: (a) were timely mailed notification of their insurance continuation coverage rights in accordance with COBRA; (b) were International Service Employees who did not undergo any COBRA "qualifying event" because there was no termination of employment; and (c) knowingly released any rights they may have had in relation to their employment or the separation thereof as part of a binding and enforceable settlement and/or separation agreement. These Class Members have no valid claim against Visteon regarding their COBRA rights. Therefore, Visteon respectfully requests that the Court grant their Motion for Partial Summary Judgment as to the Claims of Certain Class Members in its entirety and exclude the following Class Members from the Class:

International Service Employees

1. Wenseslao Holguin
2. James J. Kelly
3. Michael Hagemann
4. Alberto Delfim
5. Paul G. Stever
6. Luiz C. Rodrigues
7. Stephen De La Salle
8. Radboud Vaessen
9. Paul McNeill
10. Rodrigo Guillen
11. Luis Munoz
12. Andrezj Polak

Employees That Executed Severance/Separation Agreements

1. Frank Amirhamzeh
2. Bibiane Comte
3. Javay Coleman
4. Christopher Duco
5. James Fazio
6. Kenneth Ford
7. Daniel Gizaw
8. Denise James
9. Subhash Mahendru
10. Ahmed Omara
11. William Patton
12. Ross Richardson
13. Anthony Verbiscus
14. Ana Wagner
15. Hong Zhou

Employees That Received COBRA Notices From Ford Healthcare Management

1. Akkari, Jamil A
2. Alexander, Douglas S
3. Alexander, Marvin W
4. Ali, Syed Q
5. Alla, Srinivasa R
6. Alloy, Curtis A
7. Amin, Piyush R
8. Amin, Viral A
9. Amirhamzeh, Frank F
10. Anderson, John
11. Andrews, Brian
12. Andridge, Steven D
13. Anghelescu, Petrus I
14. Aquino, Colleen M
15. Arun, Uma
16. Astemborski, Michael J
17. Ataalla, Edwar K
18. Atallah, Bassel G
19. Auflick, Jack L
20. Avery, Samuel P

| | | | | |
|---|---|---|---|---|
| 21. | Avis, Bryan K | | 67. | Brunner, Michael G |
| 22. | Bailey, Charles D | | 68. | Bryk, Steve J |
| 23. | Baker, David J | | 69. | Brzyski, Paul J |
| 24. | Ballard, Keith | | 70. | Buchanan, Lorraine |
| 25. | Ballnik, Richard | | 71. | Buckhout, Nicole |
| 26. | Balmforth, Mikal C | | 72. | Budzinski, Thomas M |
| 27. | Bank, Robert | | 73. | Buehrer, Trent S |
| 28. | Bansen, Eric A | | 74. | Buker, Edwin L |
| 29. | Barber, Alan F | | 75. | Bullock, Lawrence L |
| 30. | Bargon, Kevin D | | 76. | Burke, Robert |
| 31. | Bartlett, Julie A | | 77. | Burnard, Mark F |
| 32. | Barylak, Jeffrey T | | 78. | Burr, Daniel C |
| 33. | Bayliss, Susan M | | 79. | Bush, Keith T |
| 34. | Beaton, Lance R | | 80. | Butcher, Frank JR |
| 35. | Becker, Becky | | 81. | Butler, Brett E |
| 36. | Bedocs, Jozsef Z JR | | 82. | Butler, Michael |
| 37. | Bee, Daniel C | | 83. | Caldwell-Gargiu, Laura C |
| 38. | Beiser, Joseph C | | 84. | Cannon, James N |
| 39. | Benigni, Todd M | | 85. | Cardle, Russell E |
| 40. | Bergdahl, Dan A | | 86. | Cardwell, Tameica S |
| 41. | Berger, Philip | | 87. | Carithers, Gary C |
| 42. | Berger, Valeriy K | | 88. | Carothers, Jason Y |
| 43. | Bernacchi, Dino J | | 89. | Carpenter, Kuniko K |
| 44. | Betasso, Lynn M | | 90. | Carroll, David L |
| 45. | Bishop-Ely, Jo | | 91. | Carroll, Joanne C |
| 46. | Black, Michael | | 92. | Cason, Timothy E |
| 47. | Blessing, Thomas J | | 93. | Cat, Quan M |
| 48. | Blizil, Brian E | | 94. | Catterall, James R |
| 49. | Bollo, Joseph A Jr | | 95. | Cazandjian, Susan |
| 50. | Bone, Scott G | | 96. | Cesario, George C |
| 51. | Bouni, Essam E | | 97. | Chadwick, John D |
| 52. | Bowles, Dean B | | 98. | Chahine, Hussein A |
| 53. | Bowman, Eric D | | 99. | Channell, Linda A |
| 54. | Bowyer, Kevin C | | 100. | Charbeneau, Troy R |
| 55. | Bradley, Karen L | | 101. | Chemello, Scott J |
| 56. | Brady, Elizabeth R | | 102. | Chizick, Tristan |
| 57. | Bramadesam, Srinath T | | 103. | Choppa, Shannon |
| 58. | Bremmer, Darin J | | 104. | Chovan, John E |
| 59. | Brooks, Anthony J | | 105. | Ciaccio, Michael P |
| 60. | Brooks, Jeffrey L | | 106. | Ciamaga, Laura A |
| 61. | Brown, Donna J | | 107. | Ciaravino, David |
| 62. | Brown, Heather S | | 108. | Cipta, Walter W |
| 63. | Brown, Royce A | | 109. | Clark, Catherine M |
| 64. | Brown, Scott E | | 110. | Clary, Robert C |
| 65. | Brumer, Robert J | | 111. | Claxton, Everett L |
| 66. | Brunner, Bjoern E | | 112. | Clowers, Ben A |

| | | | |
|---|---|---|---|
| 113. | Coleman, Kenneth A | 159. | Donnelly, Jennifer M |
| 114. | Coletta, Michael P | 160. | Dorazio, Mary A |
| 115. | Collins, Steven M | 161. | Dostine, James A |
| 116. | Comte, Bibiane M | 162. | Dowling, Jeannine M |
| 117. | Conner, Michael C | 163. | Driggers, Norman |
| 118. | Conrad, Christopher R | 164. | Driggers, Norman |
| 119. | Cook, Kimberly A | 165. | Driggs, Rebecca L |
| 120. | Cook, Leah P | 166. | Dryja, Richard J |
| 121. | Cook, Paul D | 167. | Dufour, Gregory R |
| 122. | Cooper, Christopher | 168. | Durocher, Jennifer L |
| 123. | Cooper, Melissa M | 169. | Dysarz, David W |
| 124. | Cooper, Nicholas J | 170. | Dziedzic, Jeffrey P |
| 125. | Corrado, Peter A | 171. | Dzikowski, Robert |
| 126. | Cotter, Kip M | 172. | Early, Paul T |
| 127. | Covington, Delisha A | 173. | Eckman, Peter D |
| 128. | Cox, John D | 174. | Edgington, Angela A |
| 129. | Cramer, Kimberly M | 175. | Edson, Tracy T |
| 130. | Cranmer, Laura L | 176. | Eggleston, Ted D |
| 131. | Cregan, Mark S | 177. | Eilola, David H |
| 132. | Cristescu, Nicolae | 178. | Eldracher, John T |
| 133. | Croxton, Tanya A | 179. | Eliason, Lara L |
| 134. | Cui, John Xianzhong | 180. | Elieff, Robert S |
| 135. | Cummings, Kathleen M | 181. | Elmore, Elizabeth B |
| 136. | D'Amato, David L II | 182. | Elsesser, James |
| 137. | Daniel, Derek R | 183. | Emerson, Judith A |
| 138. | Davidson, Mark F | 184. | Empson, Theodore |
| 139. | Davis, Scott B | 185. | Engler, Carrie C |
| 140. | De Santo, Joseph A | 186. | Ermer, John G |
| 141. | Deadrick, Frederick M | 187. | Estrada, Gregory A |
| 142. | Deakins, Gregory E | 188. | Etim, Emmanuel E |
| 143. | Deasy, Stephen J | 189. | Ewang, Lawrence N |
| 144. | De-Ferraris, Daniel | 190. | Fagan, Michael W |
| 145. | Delaney, Stephen W | 191. | Farrugia, Mark A |
| 146. | Delater, David L | 192. | Feldkamp, James |
| 147. | Delfs, Jeffrey L | 193. | Feng, Jun |
| 148. | Delong, Julie H | 194. | Fenton, Kenneth M |
| 149. | Deloye, Carolyn L | 195. | Ferguson, Bret A |
| 150. | Demarco, Frank A | 196. | Fetter, Scott W |
| 151. | Denison, Camilla M | 197. | Fingert, Jeffrey A |
| 152. | Denne, John N | 198. | Fischer, Kevin E |
| 153. | Dhaliwal, Baldeep S | 199. | Fish, James T |
| 154. | Dickey, Kirt A | 200. | Fish, Timothy J |
| 155. | Dimitrievski, Ljupco | 201. | Fitzhugh, Glen P |
| 156. | Dipiazza, Frank B | 202. | Flack, Blaise V |
| 157. | Dixon, David L | 203. | Fleming, David A |
| 158. | Donley, James P | 204. | Florkey, Ronald J |

205. Fodal, Matthew R
206. Foley, James P
207. Folks, William R
208. Fondren, Kristina M
209. Foster, Lee D
210. Fox, Peter A
211. Franco, Chito S
212. Fraschetti, Frederick
213. Fraser, Harold L
214. Fraser, Kimberly A
215. Friederichs, Rick C
216. Fronrath, Mark G
217. Furrie, Kristin M
218. Fuss, Stacie L
219. Gable, Thomas J
220. Gage, James L
221. Gaines, David L
222. Galbraith, Michael C
223. Galiati, Michael T
224. Gamble, Mark Q
225. Gandhi, Bhupen C
226. Garcia, Alvaro
227. Gauthier, John T
228. Gaw, William D
229. Gebreegziabher, Tadesse
230. Gehrke, Robert E
231. Geminick, Daniel B
232. George, Tedy P
233. Gerard, Matthew D
234. Gerber, Neal R
235. Gibbons, Richard G JR
236. Gilchrist, John P
237. Gillespie, John E
238. Girard, Eugene H
239. Gizaw, Dan
240. Gjernes, Lorens J
241. Goldstein, Jill K
242. Gomez, Michael G
243. Gopalaswami, Sakthivel
244. Gossain, Anuja
245. Gould, Kenneth L
246. Grado, Fil
247. Graves, George R
248. Green, Charles A
249. Greer, Michael A
250. Greer, William
251. Grenier, Alain H
252. Gubachy, Lisa M
253. Gumbis, Joseph D
254. Gundapaneni, Sitaram C
255. Gunnesch, Andrew F
256. Guy, Jim R Jr
257. Haag, Josh A
258. Hadley, Darby E
259. Hadley, Eve A
260. Hadley, Patrick A
261. Hall, Scott W
262. Halonen, Stephen D
263. Halsey, David W
264. Hamblin, William J
265. Hamed, Jamal A
266. Hamel, Gregory R
267. Han, David K
268. Hancock, Shannon L
269. Hanif, Muhammad S
270. Hannah, Leonard K
271. Hanson, Ryan E
272. Harber, Donald P
273. Hardyal, Nancy
274. Harris, Bradley W
275. Harrod, Edward L
276. Hartman, James F
277. Hartsell, Phillip J
278. Hashwi, Bilal A
279. Hauk, Jeffrey L
280. Hawkins, Selenia N
281. Hayse, Keith A
282. Haywood, James W
283. He, Tingzhen
284. Heard, Gary S
285. Heifetz, Peter S
286. Heilveil, Benjamin I
287. Hellwege, Micheline M
288. Hendry, Gregory C
289. Henry, Denise F
290. Henry, Katherine L
291. Hepburn, Tamara
292. Heyink, Dave W
293. Hicks, Lawrence E
294. Hills, Alexander G
295. Hinzmann, Robert W
296. Hipp, Kenneth M

| | | | | |
|---|---|---|---|---|
| 297. | Hochgraf, Clark G | | 343. | Kahrobai, Hassan |
| 298. | Hodges, Leslie C | | 344. | Kaleita, David L |
| 299. | Hoffman, Paul J | | 345. | Kalen, Kristine M |
| 300. | Hoffman, Robert J | | 346. | Kalnins, Atis C |
| 301. | Holland, Dewey T | | 347. | Kamani, Jay B |
| 302. | Holt, Matthew H | | 348. | Kapila, Vineet |
| 303. | Hong, Ying | | 349. | Kapoor, Shashi |
| 304. | Hornby, Randy J | | 350. | Kapp, John J |
| 305. | Horne, Trevor N | | 351. | Katris, Chris |
| 306. | Horvath, Mark S | | 352. | Kattula, Peter A |
| 307. | Horvath, Michael S | | 353. | Kavka, Gregory |
| 308. | Howatt, Derek | | 354. | Keller, Robert F |
| 309. | Howatt, Elizabeth O | | 355. | Kelly, Rene A |
| 310. | Howell, James W | | 356. | Kepner, Charles M |
| 311. | Howell, Steven K | | 357. | Kerstein, Scott M |
| 312. | Hsieh, Shang Rou | | 358. | Khreizat, Salman |
| 313. | Hsu, Jeffrey S | | 359. | Kiernan, John J |
| 314. | Huang, Zhaohui J | | 360. | Kim, Edward S |
| 315. | Hubbard, John T | | 361. | Kizy, Steve N |
| 316. | Hubbell, Richard | | 362. | Klehm, William G III |
| 317. | Hudson, John D | | 363. | Kleopfer, Craig A |
| 318. | Hufnagel, John A | | 364. | Klepinger, Mark G |
| 319. | Hur, Christopher J | | 365. | Klimecki, Jeffrey E |
| 320. | Huston, Todd W | | 366. | Knibloe, Jody K |
| 321. | Hutson, Henry L | | 367. | Knoer, Marina K |
| 322. | Idrees, Mohammed R | | 368. | Knoll, Jay B |
| 323. | Iyoha, Felix A | | 369. | Kobza, Stephen A |
| 324. | Jackson, Todd L | | 370. | Koehler, Kraig L |
| 325. | Jamali, Niddal E | | 371. | Kollar, Julie A |
| 326. | James, Denise R | | 372. | Konopka, David J |
| 327. | Jankowiak, Nancy R | | 373. | Korbal, Susan |
| 328. | Jarski, Dean P | | 374. | Korpi, Keith W |
| 329. | Jaslow, Wayne H | | 375. | Kret, John K |
| 330. | Jasuja, Samir | | 376. | Krishnan, Mohan |
| 331. | Jaszai, Steve C | | 377. | Kudia, Amir A |
| 332. | Jia, Charlie H | | 378. | Kulka, James P |
| 333. | Johnson, Anthony | | 379. | Kuperman, Gennadiy |
| 334. | Johnson, Charles A | | 380. | Kurian, Lal I |
| 335. | Johnson, Michael S | | 381. | Kuyzin, Gregg S |
| 336. | Johnson, Rita E | | 382. | Kwiecinski, Edward H |
| 337. | Johnson, Robert C | | 383. | Laboda, Robert R |
| 338. | Johnson, Sherrod F | | 384. | Labombarbe, Christopher C |
| 339. | Johnson, Wade E | | 385. | Lagosh, Vincent J |
| 340. | Jones, Raymond C | | 386. | Lagraff, Paul L |
| 341. | Jorif, John C | | 387. | Lakatos, Steve |
| 342. | Jump, Kevin S | | 388. | Lamprecht, Carly M |

389. Lane, Randall L
390. Lanham, Gary R
391. Lapinski, Richard L
392. Larsen, Michael
393. Lasek, Les H
394. Lau, Daniel J
395. Lavis, Joseph B
396. Lawson, Robert C
397. Le, My-Linh T
398. Leaman, James C
399. Lebeck, Daniel
400. Lee, Ethan J
401. Lee, Frank C
402. Lee, Michael W
403. Lee, Millard H
404. Lee, Morris S
405. Lei, Sheau Fang
406. Lenghart, Gerald R
407. Lenss, Viesturs G
408. Leon, Brent N
409. Leon, George P
410. Lessard, Daniel
411. Leverette, Joe C JR
412. Li, Ming
413. Li, Xun
414. Lindenmuth, David C
415. Lingerfelt, Donald
416. Lobbia, Michael A
417. Lofrese, Gretchen E
418. Long, James E
419. Luca, Barry
420. Luft, Paul J
421. Lukianoff, Curtis A
422. Lum, Steven T
423. Lynn, Alfred E
424. Lyons, Vincent
425. Ma, Owen H
426. Macon, Robert
427. Magazine, Monique J
428. Mahajan, Vagish
429. Majtan, Philip T
430. Malone, Sam C
431. Maloziec, Carrie A
432. Manaila, Adrian
433. Mangiapane, Ronald J
434. Mann, Brijender S
435. Manna, Charles D
436. Manwill, Brett
437. Mardeusz, Paul J
438. Marhi, Mohamed A
439. Marinelli, Michael A
440. Markley, Matthew J
441. Markou, George C
442. Marotzke, Vicki L
443. Marslender, Kimberlee L
444. Martin Cherry, Deidra J
445. Martin, Andrew J
446. Martin, David L
447. Martin, John
448. Martinez, Harald C
449. Martz, John H
450. Maruyama, Shuhei
451. Maryan, Cory
452. Matthews, Brian D
453. Matthews, Mark D
454. Mattson, Keith E
455. Mazur, Robert G
456. Mc Kee, Robert E JR
457. McAllister, Mark W
458. McBee, Latrice A
459. McCarthy, Ann
460. McCausland, Sandra J
461. McClusky, Kelly R
462. McConnell, Jason J
463. McCoy, David J
464. McCoy, Donald E
465. McGinnis, Paul R
466. McGrath, Mary A
467. McGrew, Kevin M
468. McMahan, Robert P
469. McPherson, William G
470. McQueen, Robert B
471. Means, Neill E
472. Mechan, Douglas H
473. Meck, J. Kevin J
474. Medeiros, Russell G
475. Mehdian, Behrooz M
476. Meller, David G
477. Meng, Ming
478. Meyersieck, Robert P
479. Meyer-Tinsley, Elizabeth J
480. Michels, James J

| | | | |
|---|---|---|---|
| 481. | Michels, Mark J | 527. | Ola, Olayinka A |
| 482. | Miles, James D | 528. | O'Neill, Christopher T |
| 483. | Miller, Richard D | 529. | Orchard, Susanne C |
| 484. | Miller, Robert A | 530. | Oswald, Frederick V |
| 485. | Miller, Thomas J | 531. | Oswald, Kimberly A |
| 486. | Mills, Karen | 532. | Padilla-Falto, Raul L |
| 487. | Milne, Gregory J | 533. | Pandrangi, Prabhakar |
| 488. | Minor, Marc | 534. | Pandrangi, Thirumala R |
| 489. | Mitchell, Deborah L | 535. | Pariseau, David L |
| 490. | Moll, Jeffrey W | 536. | Park, John |
| 491. | Montes, Julie M | 537. | Parks, George C |
| 492. | Moon, Gye S | 538. | Partin, Earl M |
| 493. | Morabito, Julie L | 539. | Patel, Daxesh K |
| 494. | Mosher, Brian J | 540. | Patel, Sandeep H |
| 495. | Motley, Jerome D | 541. | Pathak, Gautam |
| 496. | Motley, Lavie | 542. | Patton, Bryan D |
| 497. | Mullett, Douglas J | 543. | Peace, David F |
| 498. | Murphy, Sean S | 544. | Peaslee, Brian K |
| 499. | Murray, Brian D | 545. | Pelachick, Keith J |
| 500. | Murray, Jonathan | 546. | Pelc, Jason M |
| 501. | Murray, Robert E | 547. | Pelletier, Mark R |
| 502. | Muthucumatu, Suthakar | 548. | Penderel, Richard A |
| 503. | Nadarajah, Siva | 549. | Penny, Steven R |
| 504. | Nadig, Jeffrey D | 550. | Perez, John X |
| 505. | Nagle, Barron T | 551. | Pesta, John S |
| 506. | Natke, Dennis M | 552. | Peterson, Kimberlee A |
| 507. | Navarre, Richard R | 553. | Pfeffer, Lawrence L JR |
| 508. | Nelson, Zaron | 554. | Pham, Cuong V |
| 509. | Nemeth, Lori A | 555. | Pham, Kevin K |
| 510. | Neuwirth, Eric S | 556. | Pham, Tai D |
| 511. | Nevarez, Alberto F | 557. | Pieti, Anthony T |
| 512. | Nguyen, Kim N | 558. | Podolka, David J |
| 513. | Nguyen, Nam | 559. | Polubinski, James G |
| 514. | Nguyen, Tran N | 560. | Popiel, Susan M |
| 515. | Niblock, Christine L | 561. | Powell, Janice |
| 516. | Nichols, Calvin C III | 562. | Prabhu, Sameer M |
| 517. | Nicolau, Jaime | 563. | Preston, Alexander J |
| 518. | Nishihata, Atsushi | 564. | Pydlek, Joseph F |
| 519. | Nixon, Arlene | 565. | Qi, Lifeng |
| 520. | Noll, Stephen N | 566. | Quander, Michael A |
| 521. | Obradovich, Kyle S | 567. | Quiram, Larry J |
| 522. | Obringer, Thomas H | 568. | Raby, Normand R |
| 523. | O'Dea, Thomas A | 569. | Radcliffe, Walter S |
| 524. | Oehmke, Timothy M | 570. | Rajendran, Munugur R |
| 525. | Ogren, Philip C JR | 571. | Rakotz, Ronald D |
| 526. | O'Hanlon, Mark E | 572. | Ramsay, Mark W |

| | | | | |
|---|---|---|---|---|
| 573. | Raschke, Mark A | | 619. | Schwartz, Thomas M |
| 574. | Rassam, Samir Y | | 620. | Scott, Leon |
| 575. | Ratliff, Irma | | 621. | Scott, Michael A |
| 576. | Ravishankar, Sugganahal V | | 622. | Seabloom, Edward F |
| 577. | Ray, Jennifer J | | 623. | Serafin, Colleen P |
| 578. | Redd, Michael C | | 624. | Serrentino, Caroline V |
| 579. | Reddy, Venkat | | 625. | Setsuda, David J |
| 580. | Reilly, Shaun M | | 626. | Shah, Anil R |
| 581. | Reynolds, Larry B | | 627. | Shamo, Cheryle L |
| 582. | Rhodes, Natalie H | | 628. | Shangguan, Yancong |
| 583. | Richter, Bruce A | | 629. | Shaw, Jerry L |
| 584. | Riggs, Robert B | | 630. | Shelton, Joneau W |
| 585. | Risk, John W | | 631. | Shelton, Larry I |
| 586. | Roach, Joel W | | 632. | Shen, Ke |
| 587. | Roan, Jeff E | | 633. | Sidrak, Maher R |
| 588. | Robison, Jonathon M | | 634. | Silverberg, Brian D |
| 589. | Rogers, Donald N Jr | | 635. | Silvestro, Paul W |
| 590. | Rogowski, Michael | | 636. | Simpson, Justin D |
| 591. | Rojowski, Gregory | | 637. | Slepner, Sean B |
| 592. | Roney, Todd M | | 638. | Slupek, John L |
| 593. | Roosen, Matthew W | | 639. | Smart, Ian W |
| 594. | Root, Michael S | | 640. | Smith, Carinna T |
| 595. | Ross, Alan | | 641. | Smith, Craig R |
| 596. | Rostkowski, Marc D | | 642. | Smith, Gregory V |
| 597. | Ruoff, Albert D | | 643. | Smith, James |
| 598. | Russell, Craig P | | 644. | Smith, James C |
| 599. | Rygalski, Richard A | | 645. | Smith, Jeff D |
| 600. | Saad, Bassem N | | 646. | Smith, Jeffrey |
| 601. | Samko, Robert K | | 647. | Smith, Lawrence W |
| 602. | Sanders, Donald W | | 648. | Smith, Roger D |
| 603. | Sapiano, John C | | 649. | Smutek, Thomas |
| 604. | Sartori, Alan E | | 650. | Sochocki, Craig E |
| 605. | Saur, Timothy D | | 651. | Soell, Julian R |
| 606. | Schaefer, Jeff A | | 652. | Sonen, Kurt S |
| 607. | Schaffart, Raymond S | | 653. | Song, Sung H |
| 608. | Schalberg, Derek R | | 654. | Sonnenberg, Jennifer K |
| 609. | Scheuring, Joseph F | | 655. | Soohoo, Michael G |
| 610. | Schmidt, Fred J | | 656. | Soucie, Scott M |
| 611. | Schmitt, Mark S | | 657. | Souvie, Edmund T |
| 612. | Schnoes, John E | | 658. | Spangler, Gregory E |
| 613. | Schoenberg, Gregory B | | 659. | Spica, Paul W |
| 614. | Schook, Jean | | 660. | Spore, Richard A |
| 615. | Schott, Charles L | | 661. | Sprunger, Charles K |
| 616. | Schou, Debra L | | 662. | Stallings, Donna P |
| 617. | Schumacher, Brian T | | 663. | Stambaugh, Paul |
| 618. | Schwartz, Jeffrey L | | 664. | Stanbaugh, Richard L |

665. Stancu, Sorin
666. Steffes, R K
667. Steindler, Alicia O
668. Steindler, Eric S
669. Stepanic, Matthew J
670. Stephenson, Arthur E
671. Strait, David J
672. Straub, Marc A
673. Strozeski, Joseph
674. Sturdivant, Courtenay A
675. Suhrie, Brant T
676. Sullins, Donald E
677. Sullins, Mitzi D
678. Sullivan, Kevin M
679. Sullivan, Thomas M
680. Summers, Brian K
681. Swiecka, Barbara Z
682. Taliaferro, Beverly C
683. Tan, Adrian K
684. Tang, Qingjie
685. Tannahill, Ross E
686. Tanner, C. Wayne C
687. Tant, Chris D
688. Tao, Wess H
689. Tartaglia, Heather M
690. Tavadia, Havovi E
691. Taylor, David
692. Tebbe, Jason J
693. Temple, Mark A
694. Tenenboym, Alex
695. Thomas, Lisa
696. Thomas, Monike M
697. Thompson, Shayna M
698. Thoren, Kimberly D
699. Tieu, Luong V
700. Tognetti, Anthony
701. Torres, Javier S
702. Tosi, Christa I
703. Tottingham, Jimmy W
704. Tracy, Stan J
705. Trinh, Toan Q
706. Trivedi, Saurabh S
707. Tsai, Hong
708. Turpin, Robert M
709. Twal, George S
710. Universal, Daniel J
711. Utz, Ericka
712. Vadula, Subramanian
713. Vaishnav, Haresh V
714. Van Dyke, John M
715. Van, Richard E
716. Vannostrand, Stephen E
717. Vartanian, Michael C
718. Verdile, Paul L
719. Verkleeren, Ronald L
720. Voner, Apryl L
721. Walker, Tyrone M
722. Wallace, Mary T
723. Wallace, Wesley C
724. Wallison, John A
725. Wang, John X
726. Wang, Wei
727. Wang, Xiaopeng
728. Warner, William M
729. Washington, Kevin L
730. Washington, Michelle L
731. Watson, George W
732. Weaver, Paul R
733. Weemaes, Lawrence F
734. Westermeyer, Guy A
735. Westphal, Brian
736. White, Scott A
737. Whitehead, John A
738. Whitfield, Cedric D
739. Whitlark, Gary L
740. Wildie, Erin K
741. Willis, Elbert
742. Wochele, Natalie M
743. Wolf, Kenneth A
744. Wolfe, Deborah L
745. Wood, James K
746. Woods, Juan R
747. Wrona, Anthony J
748. Wu, Baorong
749. Wu, Zili
750. Wycoff, Jonathan M
751. Wynalek, James W
752. Xu, Gang
753. Yager, Laurie J
754. Yassay, Joseph N
755. Yates, Rodney W
756. Yengera, Sheryl L

| | | | | |
|---|---|---|---|---|
| 757. | Yeow, Yew T | | 765. | Zhao, Ming |
| 758. | Yeutter, Renee M | | 766. | Zhou, Heather H |
| 759. | Yost, Douglas A | | 767. | Zhou, Pingyuan |
| 760. | Young, Carlos M | | 768. | Ziazadeh, Ninos |
| 761. | Young, Katherine M | | 769. | Zielinski, Michael R |
| 762. | Young, Nan E | | 770. | Zimmerman, Robert S |
| 763. | Zabkowski, Holly | | 771. | Zucco, Michael V |
| 764. | Zhang, Dahong | | | |

Respectfully submitted,


*s/R. Anthony Prather*
R. Anthony Prather
tony.prather@btlaw.com
Hannesson I. Murphy
hannesson.murphy@btlaw.com
**BARNES & THORNBURG LLP**
11 South Meridian Street
Indianapolis, Indiana  46204
Telephone:  (317) 236-1313
Facsimile:  (317) 231-7433

Attorney for Defendants,
Visteon Corporation and
Visteon Systems, LLC

**CERTIFICATE OF SERVICE**

I hereby certify that on the 19th day of December, 2008, a copy of the foregoing was filed electronically. Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

Ronald E. Weldy - weldy@abramsweldy.com

*s/R. Anthony Prather*
R. Anthony Prather