UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| DARRYL PIERCE and SHARON PIERCE On Behalf Of Themselves And All Others Similarly Situated,<br><br>               Plaintiffs,<br><br>    vs.<br><br>VISTEON CORPORATION, *et al.*,<br><br>               Defendants. | No. 1:05-cv-01325-LJM-DKL |

### ENTRY OF JUDGMENT

In this certified class action, through an Order After Bench Trial and an Order on Plaintiffs', Darryl Pierce and Sharon Pierce, on behalf of themselves and all others similarly situated (collectively, the "Class"), Motion for Attorney's Fees, the Court enters judgment in favor of the Class and against Defendants Visteon Corporation and Visteon Systems, LLC, on the Class's claim under the Consolidated Omnibus Reconciliation Act, 29 U.S.C. § 1132(c), which is part of the Employee Retirement Income Security Act; in the amount of $2,500.00 per Class member, or a total sum of $1,852,500.00, in statutory penalty; $302,780.00 in statutory attorney's fees; and $11,444.97 in costs.

      IT IS SO ORDERED.

Date: 3/21/2014

Laura A. Briggs, Clerk
United States District Court

By: _____
    Deputy Clerk

_____
LARRY J. McKINNEY, JUDGE
United States District Court
Southern District of Indiana

Distribution:

Hannesson Ignatius Murphy
BARNES & THORNBURG LLP
hmurphy@btlaw.com

Koryn Michelle McHone
BARNES & THORNBURG LLP
kmchone@btlaw.com

R. Anthony Prather
BARNES & THORNBURG LLP
tony.prather@btlaw.com

Matthew D. Derringer
WELDY & ASSOCIATES
mattderringer@yahoo.com

Ronald E. Weldy
WELDY & ASSOCIATES
weldy@weldylaw.com