IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| DARRYL PIERCE and SHARON PIERCE on Behalf of Themselves and All Others Similarly Situated,<br><br>        Plaintiffs,<br><br>vs.<br><br>VISTEON CORPORATION and VISTEON SYSTEMS, LLC,<br><br>        Defendants. | CAUSE NO. 1:05-cv-1325-LJM-DKL |

### NOTICE OF APPEAL

Notice is hereby given that the Class appeals to the United States Court of Appeals for the Seventh Circuit all of the rulings in the lawsuit including, but not limited to, the following: (1) October 4, 2007 Entry granting Defendant's Motion to Narrow the Class Definition (Docket #116); (2) October 9, 2007 Order denying the Class' Motion for Partial Summary Judgment (Docket #117); (3) November 18, 2008 Order regarding Rule 30(b)(6) deposition questions and a request to re-open liability discovery (Docket #168); (4) March 26, 2009 and April 25, 2011 Orders denying the Class' Motion to Review Non-Dispositive Decision, Motion *In Limine* to Exclude Evidence from Case, Motion to Compel, Motion to Permit Mailing of Notices to Additional Class Members and Approval of Notice of Class Action and Motion to Stay Defendants' Motion for Summary Judgment (Docket #202 & #224); (5) January 14, 2013 Order granting Motion for Consideration of Evidence (Docket #236); (6) June 25, 2013 Findings of Fact and Conclusions of Law After Bench Trial (Docket #300); (7) March 11, 2014 Order on Attorney Fees & Costs (Docket #337); (8) March 21, 2014 Entry of Judgment (Docket #338);

and (9) June 11, 2014 Order on Plaintiffs' Motion to Amend Findings (Docket #342). Plaintiff is appealing the rulings of the District Court contending that the District Court erred in certain evidentiary rulings, defining the Class, and awarding damages.

Respectfully submitted,

WELDY & ASSOCIATES

/s/Ronald E. Weldy
Ronald E. Weldy,
Class Counsel

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was sent electronically on this 11th day of July, 2014 to the following:

Robert Anthony Prather - tony.prather@btlaw.com
Hannesson I. Murphy - hmurphy@btlaw.com

/s/Ronald E. Weldy
Ronald E. Weldy
Weldy & Associates
8383 Craig Street
Suite 330
Indianapolis, IN 46250
Tel: (317) 842-6600
Fax: (317) 842-6933
E-mail: weldy@weldylaw.com
